# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISON

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:17-CV-00053-WS-MU |
| | ) |
| **IMPAX LABORATORIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

**COMES NOW,** Plaintiff Family Medicine Pharmacy, LLC (hereinafter "Family Medicine") and respectfully moves for preliminary approval of a proposed class action settlement on the terms specified in the Settlement Agreement annexed to the moving papers (hereinafter "Settlement") of this action (hereinafter the "Litigation") and for certification of the class for settlement purposes as set forth in the Settlement ("Settlement Class"), which is unopposed by Defendant Impax Laboratories, Inc.[1] In support thereof Plaintiff states:

1. Defendants do not oppose said Motion.

2. Plaintiff submits, in tandem with the instant motion, Plaintiff's Memorandum Brief of

---

[1] Plaintiffs and Defendants are collectively referred to herein as "the Parties."

Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (hereinafter "Brief") setting forth the basis for approval of said Settlement and certification of the Settlement Class.

3. The Settlement should be preliminarily approved as it is fair, reasonable and adequate. Specifically:

   a. Liability is contested and both sides face significant challenges;

   b. The Settlement provides a fair and substantial benefit to the Settlement Class;

   c. The complexity, expense and duration of the litigation favors preliminary certification; and

   d. Experienced counsel has determined that the Settlement is appropriate and fair.

4. The proposed and detailed method of class notice is appropriate.

5. Provisional certification of the Settlement Class is appropriate as:

   a. Plaintiff has standing;

   b. The Settlement Class is ascertainable;

   c. The requirements of Rule 23 are satisfied, as:

      i. Plaintiff has established that the Settlement Class is so numerous that joinder of all parties is impracticable, as the Settlement Class members number approximately 48,157;

      ii. Plaintiff has alleged an injury typical of the injuries of putative Settlement Class members – specifically that Defendants collectively and/or individually transmitted unsolicited facsimiles, and that no other issues predominate in this action;

      iii. The legal and factual questions advanced by the parties are central to each and every one of the Settlement Class members' claims;

      iv. Family Medicine establishes that it shares a common interest with the Settlement Class and that counsel is qualified;

      v. Plaintiff establishes that it has met the requirements of Rule 23(b).

For the reasons set forth above and as set forth in Plaintiff's Brief, Plaintiff Family Medicine respectfully requests that this Honorable Court:

1. Preliminarily approve the proposed Settlement;

2. Conditionally certify the Settlement Class;

3. Facilitate a "formal fairness hearing" or final Settlement approval hearing, at which Settlement Class members may be heard regarding the Settlement, and at which evidence and argument concerning the fairness, adequacy, and reasonableness of the Settlement may be presented; and

4. Ultimately grant final approval of the class Settlement, certify the Settlement Class, and grant all further relief.

Respectfully submitted this the 5th day of September, 2017.

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
ASB-2956-7N6D

OF COUNSEL:
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205-983-7985
F: 888-505-0523
E: fuli@zarzaur.com

/s/James H. McFerrin
James H. McFerrin
ASB-2945-M72J

OF COUNSEL:
**McFERRIN LAW FIRM, LLC**
265 Riverchase Parkway East
Suite 202
Birmingham, Al 35244
T: (205) 870-5704
F: (205) 985-5093
E: jhmcferrin@bellsouth.net

# CERITIFICATE OF SERVICE

I hereby certify that on this the 5th day of September, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all counsel of record:

Warren Butler
Attorney for Defendants
Starnes Davis Florie LLP
RSA Battle House Tower, 20th Floor
P.O. Box 1548
Mobile, AL 36633-1548

S. Stewart Haskins II (admitted pro hac vice)
Zachary A. McEntyre (admitted pro hac vice)
Anush Emelianova (admitted pro hac vice)
Attorneys for Defendants
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Andrew Thomasson
Philip D. Stern
STERN THOMASSON LLP
Attorneys for Medicine To go
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann