IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **FAMILY MEDICINE PHARMACY LLC,** and others similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>**IMPAX LABORATORIES, INC.,** a California corporation,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 17-00053-WS-MU<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF FINAL JUDGMENT

Plaintiff Family Medicine Pharmacy, LLC (hereinafter "Plaintiff" or "Family Medicine"), and the certified class of plaintiffs (collectively, Plaintiffs), respectfully move this Court to grant final approval of the pending settlement in this case and to enter final judgment giving effect to its terms. This motion is supported by the separate memoranda. Defendant does not oppose this Motion and supports final approval of the settlement.

In accordance with Federal Rule of Civil Procedure 23, Plaintiff moves for final approval of the proposed settlement that is the subject of the Court's September 29, 2017, Order preliminarily approving the proposed settlement (Doc. 50). In support of this Motion, Plaintiff offers as follows:

1.    Following spirited litigation and mediation, the Parties negotiated ~~to reach~~ an arms-length, comprehensive Settlement Agreement. The Plaintiff thereupon filed its Motion for Preliminary Approval of Settlement (Doc. 48). Upon consideration of the motion, this Court

granted the motion and entered the referenced Preliminary Approval Order, which included the authorization of the Notice Plan as further detailed in said Order.

2. The Notice Plan has been executed and completed, in substantial compliance with the Court's Order. The Court and the Parties have logged no objections regarding the settlement. With these tasks completed, Plaintiff now moves the Court for final approval of the settlement and for entry of a final judgment giving effect to its terms.

3. Rule 23(e) requires the Court to approve the settlement if, after a hearing, it concludes that the requirements for settlement under the rule are satisfied, including a determination that the terms of the settlement are "fair, reasonable and adequate" in accordance with the Federal Rule of Civil Procedure 23 and from the perspective of absent class members. *See generally* Manual for Complex Litigation (Fourth) § 21.634-635 (2004); *see also Faught v. Am. Home Shield Corp.*, 668 F.3d 1233, 1240 (11th Cir. 2011) ("The district court reviews a class action settlement for fairness, reasonableness, and adequacy.")

4. Plaintiff believes the settlement is "fair, reasonable and adequate" and should be finally approved. Moreover, no comment or objection, timely received during the notice period, identifies any reason to disapprove the settlement.

**WHEREFORE**, Plaintiff moves that the Court, after conducting the hearing required by Rule 23(e)(2), enter its findings and conclusions supporting approval of the proposed settlement and certifying the class.

Respectfully submitted this 2nd day of February 2018.

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
ASB-2956-7N6D

OF COUNSEL:
**ZARZAUR MUJUMDAR & DEBROSSE-TRIAL LAWYERS**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205-983-7985
F: 888-505-0523
E: fuli@zarzaur.com

/s/James H. McFerrin
James H. McFerrin
ASB-2945-M72J

OF COUNSEL:
**McFERRIN LAW FIRM, LLC**
3117 Manitou Lane
Birmingham, Al 35216
T: (205) 637-7111
F: (205) 637-7212
E: jhmcferrin@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of February 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all counsel of record:

S. Stewart Haskins, II (admitted *pro hac vice*)
Zachary A. McEntyre (admitted *pro hac vice*)
Anush Emelianova (admitted *pro hac vice*)
**King & Spalding LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
shaskins@kslaw.com
zmcentyre@kslaw.com
amelianova@kslaw.com

M. Warren Butler
**Starnes Davis Florie LLP**
RSA Battle House Tower, 20th Floor
P.O. Box 1548
Mobile, AL 36633-1548
mwb@starneslaw.com

/s/ Diandra S. Debrosse Zimmermann
OF COUNSEL